# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00014-CV
## NO. 03-08-00090-CV

**In re Walter Lee Hall, Jr.**

### ORIGINAL PROCEEDINGS FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

On January 8, 2008, relator Walter Lee Hall filed a motion for emergency relief and petition for writ of mandamus, complaining of the trial court's refusal to hear his motion to quash a writ of possession. *See* Tex. R. App. P. 52.8, 52.10. On January 9, we granted temporary relief and stayed the writ of possession pending a determination of the merits of Hall's petition. On February 13, 2008, Hall filed a second petition for writ of mandamus, complaining that the real party in interest and the Travis County Constable were not abiding by our temporary order.

Having reviewed the documents filed by the parties, we dissolve our temporary order in cause number 03-08-00014-CV, dated January 9, 2008, and deny both of Hall's petitions for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   February 27, 2008